892 A.2d 1286

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RANDY STIMAGE, DEFENDANT–PETITIONER.

January 26, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

892 A.2d 1287

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROBERT PARKER, DEFENDANT–PETITIONER.

STATE OF NEW JERSEY, PLAINTIFF,
v. ROPER PARKER, DEFENDANT.

January 31, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).